SEYFARTH SHAW LLP
1270 Avenue of the Americas
Suite 2500
New York, New York 10020-1801
(212) 218-5500

Attorneys for Defendants
   Gad Janay, Marlene Janay, ResQNet.com, Inc., Tradepaq, Inc. and CSI Complex Systems, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

HAMED ABOUSHANAB and BAHIGA           :
MOHAMED, husband and wife, TONINO     :     06-CV-13472 (AKH) (RLE)
SPINUCCI, SOHEIR RAMADAN, SAMIR M.    :
EL-GAZZAR and AFAF A. SHALABY, husband :
and wife, VINCENTE HOLANDAY, GERALD S. :
ROYAL and MARY E. ROYAL, husband and  :
wife, CLIFFORD H. JOHNSON, SR., and   :
CHARLIE CRAWFORD and CONNIE           :
CRAWFORD, husband and wife,           :
                                      :
              Plaintiffs,             :
                                      :
     v.                               :
                                      :
GAD JANAY, MARLENE JANAY,             :
RESQNET.COM., INC., TRADEPAQ, INC., CSI :
COMPLEX SYSTEMS, INC., JOHN AND JANE  :
DOES 1-10 AND ABC AND XYZ             :
CORPORATIONS 1-10,                    :
                                      :
              Defendants.             :
                                      :
------------------------------------x

**AFFIDAVIT OF SERVICE BY E-MAIL AND FEDERAL EXPRESS**

# AFFIDAVIT OF SERVICE BY E-MAIL AND FEDERAL EXPRESS

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

GLENDA S. WACHTEL, being duly sworn, deposes and says:

I am not a party to the action; I am over 18 years of age and reside in the County of Westchester, State of New York.

On April 6, 2007, I served the within **Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss the Amended Complaint** by e-mail and by depositing a true copy of same, addressed to the party listed below, enclosed in a post-paid properly addressed wrapper in the custody of Federal Express for overnight delivery:

TO:   ERIC S. PENNINGTON, P.C.
      One Gateway Center, Suite 105
      Newark, New Jersey 07102
      (973) 639-0600
      *Attorneys for Plaintiffs*

_____
GLENDA S. WACHTEL

Sworn to before me this
6th day of April, 2007

_____
Notary Public

ALEXANDER M. JEFFREY
Notary Public, State of New York
No. 01JE5001393
Qualified in New York County
Commission Expires March 22, 20__